NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BYRON A. ROBINSON,
a/k/a BYRON ANTHONY ROBINSON,

        Appellant,

v.                              Case No. 2D18-954

STATE OF FLORIDA,

        Appellee.

Opinion filed October 26, 2018.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

Howard L. Dimmig, II, Public Defender, and
Clark E. Green, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


        Affirmed.


SILBERMAN, VILLANTI, and BLACK, JJ., Concur.